

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/02/2013

| | | |
|---|---|---|
| IN RE: | § | |
| **RUBEN G GONZALEZ** | § | **CASE NO: 00-39144** |
| Debtor(s) | § | |
| | § | **CHAPTER 13** |

## ORDER SETTING HEARING

A hearing will be conducted at **10:00 a.m. on December 30, 2013,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Dilks & Knopik's Petition for Unclaimed Funds (Doc. #48). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **December 2, 2013.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE